1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

I am writing to accept responsibility for committing my two offences, possession and transportation of child pornography. I accept full and complete responsibility of my action without any excuse, because there is simply no excuse for my actions.

I can genuinely feel for the pain that my action perpetrate, and wish somehow apologize to these victims in person. I understand that by watching these videos I am causing more pain to the victims and I am sorry for their sufferings and what they have been through. To put these words in to action I plan to help making the victims whole through compensation and volunteering.

In addition to the mandated restitution, I will donate voluntarily to non-profit charities which are helping other similar situated victims as an additional way for repayment to the victims for my actions. I will also volunteer at these organizations to help their cause if allowed to do so. I believe Team HOPE of the NCMEC (National Center for Missing and Exploited Children) would be a good organization.